## SENSORMATIC SECURITY CORP., Plaintiff,

v.

## SENSORMATIC ELECTRONICS CORP., Defendant.

### Civ. A. No. 83–952.

United States District Court, District of Columbia.

May 5, 1983.

Christopher Sanger of Tucker, Flyer, Sanger & Lewis, Washington, D.C., for plaintiff.

Jerome M. LeWine of Christy & Viener, New York City, for defendant.

### ORDER

CHARLES R. RICHEY, District Judge.

Upon consideration of plaintiff's memorandum to show cause, and the entire record herein, it is, by the Court, this 5th day of May, 1983,

ORDERED, that defendant shall have until May 15, 1983 to answer or otherwise respond to the complaint. Counsel are reminded that it is for the *Court,* not the parties, to grant extensions of time in cases pending before it.